UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MYRTA M. TAYLOR <br>     Plaintiff <br><br> VS. <br><br> KOHL'S, INC., D/B/A KOHL'S DEPARTMENT STORES, INC. <br>     Defendant | ) <br> ) <br> ) CIVIL ACTION NO. <br> ) <br> ) <br> ) <br> ) <br> ) DECEMBER 29, 2021 |

### NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

1. An action was commenced against Kohl's Department Stores, Inc. in the Superior Court, Judicial District of Fairfield at Bridgeport entitled <u>Myrta M. Taylor v. Kohl's, Inc., d/b/a Kohl's Department Stores, Inc.</u>, Docket No. FBT-CV22-6111893-S.

2. The Summons and Complaint were received by the defendant on December 9, 2021.

3. In the Summons, the plaintiff states that she is a resident of Norwalk, Connecticut.

4. Defendant Kohl's, Inc. is a Delaware Corporation and has a principal place of business in Menomonee Falls, Wisconsin.

5. In her Complaint, the plaintiff alleges in this personal injury action that she suffered the following personal injuries, some or all of which may be permanent in nature: head pain; headaches; concussion; left ankle pain; closed fracture of the left fibula; left hip pain; left knee pain; and pain and suffering both mental and physical. She also alleges that she has incurred expenses for medical care and treatment and may incur future expenses for the same purposes.

The plaintiff further claims that as a further direct and proximate result of the negligence and/or carelessness of the defendant, the plaintiff was unable to work, to her financial detriment.

Finally, the plaintiff claims that, as a further direct and proximate result of the negligence and/or carelessness of the defendant, the plaintiff has been greatly impaired in her ability to pursue and to enjoy her life's usual activities.

Based upon the allegations of the Complaint, it is apparent that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of interest and costs.

6. This case is removable pursuant to Title 28, U.S.C. Statute 1441(a) since there is diversity of citizenship between the plaintiff and the defendant and the amount of controversy exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of interest and costs.

7. The Writ, Summons and Complaint appended hereto are the only process, pleadings and orders served upon the defendant to date.

WHEREFORE, the defendant respectfully requests that the action made returnable to the Superior Court for the Judicial District of Fairfield at Bridgeport be removed therefrom to this Court.

        THE DEFENDANT,
        KOHL'S INC., D/B/A
        KOHL'S DEPARTMENT STORES, INC.

BY_____
        BARRY P. BELETSKY
        LAW OFFICE OF BARRY P. BELETSKY, LLC
        DBA RICCIO & BELETSKY
        500 EAST MAIN STREET, SUITE 324
        BRANFORD, CT 06405
        TEL: 203-469-8080
        FAX: 203-433-4781
        FED BAR #: ct05313
        Barry@riccio-beletsky.com

## CERTIFICATION

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on December 29, 2021 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Edwin Camacho, Esquire
VENTURA LAW
18 South Main Street
Norwalk, CT 06854

_____
BARRY P. BELETSKY

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport CT 06604 | (203) 579-6527 | January 18, 2022 |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☒ Judicial District  ☐ G.A. Number: ☐ Housing Session | Bridgeport | Major: T   Minor: 03 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Ventura Law, 18 South Main Street, Norwalk CT 06854 | 414924 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (203) 800-8000 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Taylor, Myrta M.  Address: 30 Marlborough Road, Norwalk, CT 06852 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Kohl's Inc. d/b/a Kohl's Department Stores, Inc.  Address: Agent for Service: Corporate Creations Network Inc., 6 Landmark Square, 4th Floor, Stamford, CT 06901 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Edwin Camacho | Date signed  12/02/2021 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date
A TRUE COPY
ATTEST
JOHN CORELLI
STATE MARSHAL
COUNTY OF FAIRFIELD

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

VENTURA LAW • ATTORNEYS AT LAW
18 South Main Street • Norwalk, CT 06854
203-800-8000 • Fax 203-791-9264

| | | |
|---|---|---|
| RETURN DATE: JANUARY 18, 2022 | : | SUPERIOR COURT |
| MYRTA M. TAYLOR | : | JD OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| KOHL'S, INC. | : | DECEMBER 2, 2021 |

## COMPLAINT

1. At all times mentioned herein, the defendant, **KOHL'S, INC.** d/b/a **DEPARTMENT STORE**, was and is a corporation with its business address located at N56 W17000 Ridgewood Drive, Menomonee Falls, Wisconsin.

2. At all times mentioned herein, the defendant, **KOHL'S, INC.** owned and operated a Kohl's Department Store located at 500 Connecticut Avenue in Norwalk, Connecticut.

3. On December 22, 2019, the plaintiff, **MYRTA M. TAYLOR**, was lawfully on the premises, when she was caused to slip and fall on a metal hanger and was near the gift bag area of the store, causing her to suffer the injuries and losses set forth below.

4. The fall was caused by the negligence of the defendant, **KOHL'S DEPARTMENT STORES, INC.**, its agents, servants and/or employees in one or more of the following ways:

   (a) In that the defendant by and through its agents, servants and/or employees failed to use reasonable care and/or diligence in operating and maintaining the gift bag display area of the store to keep it in a reasonably safe condition so as

1

VENTURA LAW • ATTORNEYS AT LAW
18 South Main Street • Norwalk, CT 06854
203-800-8000 • Fax 203-791-9264

to guard against and prevent the danger of slipping and falling by business invitees, such as the plaintiff, which danger was reasonably to be anticipated under the circumstances then and there existing;

(b) In that the defendant by and through its agents, servants and/or employees had notice and knowledge, or with reasonable care and diligence, should have had notice and knowledge of the afore-described unsafe, dangerous and hazardous condition, and failed to remedy the condition;

(c) In that the defendant by and through its agents, servants and/or employees, caused, allowed and/or permitted the gift bag display area to be and/or become hazardous, defective, dangerous and unsafe for use by business invitees, such as the plaintiff, and for more than a reasonable time maintained the said hazardous, defective, dangerous and unsafe condition by failing to remedy the condition;

(d) Although the defendant by and through its agents, servants and/or employees had notice or knowledge of such unsafe, dangerous, defective and hazardous condition of the aforesaid gift bag display area, or with reasonable care, should have had such notice and knowledge, it failed and/or neglected to warn the plaintiff of said conditions;

(e) In that the defendant by and through its agents, servants and/or employees, neglected and/or failed to properly and reasonably discover said dangerous, hazardous, unsafe and defective condition;

(f) In that the defendant by and through its agents, servants and/or employees, created that aforesaid dangerous, hazardous, unsafe and defective condition and failed to warn business invitees, such as the plaintiff, of the said condition.

5. As a result of the fall, the plaintiff, **MYRTA M. TAYLOR**, suffered the following injuries, some or all of which may be permanent in nature:

    a. Head pain;

    b. Headaches;

2

    c. Concussion;

    d. Left ankle pain;

    e. Closed fracture of the left fibula;

    f. Left hip pain;

    g. Left knee pain; and

    h. Pain and suffering both mental and physical.

6. As a further direct and proximate result of the negligence and/or carelessness of the defendant and resulting injuries, the plaintiff, **MYRTA M. TAYLOR**, has incurred expenses for medical care and treatment and may incur future expenses for the same purposes, all necessary to her physical recovery and all to her financial loss.

7. As a further direct and proximate result of the negligence and/or carelessness of the defendant, the plaintiff, **MYRTA M. TAYLOR**, was unable to work, to her financial detriment.

8. As a further direct and proximate result of the negligence and/or carelessness of the defendant, the plaintiff, **MYRTA M. TAYLOR**, has been greatly impaired in her ability to pursue and to enjoy her life's usual activities.

3

**WHEREFORE**, the plaintiff claims money damages.

The Plaintiff,<br>
MYRTA M. TAYLOR<br>
<br>
By _/s/_<br>
Edwin Camacho, Esq.<br>
Ventura Law<br>
18 South Main Street<br>
Norwalk, CT 06854<br>
Tel.: (203) 800-8000/Juris # 414924

TO THE CLERK OF THE COURT:
Please enter the appearance of
Ventura Law
on behalf of the plaintiff.

A TRUE COPY<br>
ATTEST<br>
_/s/_<br>
JOHN CORELLI<br>
STATE MARSHAL<br>
COUNTY OF FAIRFIELD

VENTURA LAW • ATTORNEYS AT LAW
18 South Main Street • Norwalk, CT 06854
203-800-8000 • Fax 203-791-9264

| | | |
|---|---|---|
| RETURN DATE: JANUARY 18, 2022 | : | SUPERIOR COURT |
| MYRTA M. TAYLOR | : | JD OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| KOHL'S, INC. | : | DECEMBER 2, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in the above-captioned matter is not less than **FIFTEEN THOUSAND ($15,000.00) DOLLARS**, exclusive of interest and costs.

> The Plaintiff,
> MYRTA M. TAYLOR
>
> By /s/
> Edwin Camacho, Esq.
> Ventura Law
> 18 South Main Street
> Norwalk, CT 06854
> Tel.: (203) 800-8000/Juris # 414924

A TRUE COPY
ATTEST
JOHN CORELLI
STATE MARSHAL
TY OF FAIRFIELD

5

DEC 0 9 2021

STATE OF CONNECTICUT)
                          ) SS: STAMFORD  **DECEMBER 9, 2021**
COUNTY OF FAIRFIELD  )

THEN AND THERE, BY VIRTUE HEREOF, I MADE SERVICE OF THE WITHIN AND FOREGOING ORIGINAL WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND BY LEAVING A TRUE AND ATTESTED COPY OF THE ORIGINAL WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND WITH AND IN THE HANDS OF:

**JAMIE KOPEC, MANAGER
CORPORATE CREATIONS NETWORK, INC.
6 LANDMARK SQUARE, 4TH FLOOR
STAMFORD, CT 06901
REGISTERED AGENT FOR SERVICE FOR
KOHL'S INC. D/B/A KOHL'S DEPARTMENT STORES, INC.
N56 W17000 RIDGEWOOD DRIVE
MENOMONEE, WI 53051**

THE WITHIN AND FOREGOING IS THE ORIGINAL WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND WITH MY DOINGS HEREON ENDORSED.

| SERVICE FEES: | | | ATTEST: |
|---|---|---|---|
| Service | $ | 40.00 | |
| Add'l Service | | | |
| Travel | | 10.40 | |
| Pages | | 6.00 | |
| Endorsements | | 1.60 | JOHN CORELLI |
| Postage | | | STATE MARSHAL |
| Sec. of St. | | | FAIRFIELD COUNTY |
| TOTAL | $ | 58.00 | |

| | |
|---|---|
| DOCKET NO: FBT-CV22-6111893-S | : SUPERIOR COURT |
| MYRTA M. TAYLOR | : J.D. OF FAIRFIELD |
| VS. | : AT BRIDGEPORT |
| KOHL'S, INC., D/B/A KOHL'S DEPARTMENT STORES, INC. | : DECEMBER 29, 2021 |

## NOTICE OF REMOVAL

Pursuant to Title 28, U.S.C. Section 1441(a), the defendant in the above-entitled action hereby gives notice that it has removed the above-entitled action to the United States District Court, District of Connecticut.

THE DEFENDANT,
KOHL'S INC., D/B/A
KOHL'S DEPARTMENT STORES, INC.,

BY _____
BARRY P. BELETSKY
LAW OFFICE OF BARRY P. BELETSKY, LLC
DBA RICCIO & BELETSKY
500 EAST MAIN STREET, SUITE 324
BRANFORD, CT 06405
TEL: 203-469-8080
FAX: 203-433-4781
JURIS: 417172

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on December 29, 2021 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Edwin Camacho, Esquire
VENTURA LAW
18 South Main Street
Norwalk, CT 06854
via email to: ed@venturalaw.com and
via fax to: 203-791-9264

_____
BARRY P. BELETSKY

**State of Connecticut Judicial Branch**
# Superior Court E-Filing

Attorney/Firm: BELETSKY BARRY P LAW OFFICE OF LLC (417172)     E-Mail: Desiree@riccio-beletsky.com   Logout

**Hide Instructions**                    You have successfully e-filed!

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[Print This Page]

Confirmation of E-filed Transaction (print this page for your records)

| | |
|---|---|
| Docket Number: | FBT-CV-22-6111893-S |
| Case Name: | TAYLOR, MYRTA M. v. KOHL'S INC. D/B/A KOHL'S DEPARTMENT STORES, INC. |
| Type of Transaction: | Pleading/Motion/Other document |
| Date Filed: | Dec-30-2021 |
| Motion/Pleading by: | BELETSKY BARRY P LAW OFFICE OF LLC (417172) |
| Document Filed: | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| Date and Time of Transaction: | Thursday, December 30, 2021 10:06:10 AM |

[E-File Another Pleading/Motion/Other document on this Case]

[Return to Civil / Family Menu]     [Return to Case Detail]

Copyright © 2021, State of Connecticut Judicial Branch