UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MYRTA M. TAYLOR<br>    Plaintiff | )<br>)<br>) CIVIL ACTION NO.<br>) |
| VS. | )<br>) |
| KOHL'S, INC., D/B/A KOHL'S DEPARTMENT STORES, INC.<br>    Defendant | )<br>)<br>) DECEMBER 29, 2021 |

## DEMAND FOR TRIAL BY JURY

The defendants in the above-entitled action hereby demands a trial by jury.

THE DEFENDANT,
KOHL'S INC., D/B/A
KOHL'S DEPARTMENT STORES, INC.

BY _____
BARRY P. BELETSKY
LAW OFFICE OF BARRY P. BELETSKY, LLC
DBA RICCIO & BELETSKY
500 EAST MAIN STREET, SUITE 324
BRANFORD, CT 06405
TEL: 203-469-8080
FAX: 203-433-4781
FED BAR #: ct05313
Barry@riccio-beletsky.com

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on December 29, 2021 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Edwin Camacho, Esquire
VENTURA LAW
18 South Main Street
Norwalk, CT 06854

BARRY P. BELETSKY